UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>JAMES G. CONLIN,<br><br>Debtor. | Chapter 7<br><br>Case No. 25-14530-DJB |

## ORDER FOR ADMISSION PRO HAC VICE

AND NOW, it is hereby ORDERED that the motion to admit William F. Saldutti IV, to practice in this Court pursuant to Local Rule of Bankruptcy Procedure 2090-1(b)(3) is GRANTED.

BY THE COURT:

_____
The Honorable Derek J. Baker
United States Bankruptcy Judge

**Date: November 14, 2025**

4916-2230-2329 v1