IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| JAMES G. CONLIN | : | BANKRUPTCY NO. 25-14530 (DJB) |
| | : | |
| Debtor | : | |
| | : | |

## ORDER

AND NOW, upon consideration of the Application of Lynn E. Feldman, Chapter 7 Trustee, to Employ Karalis PC as Counsel, IT IS HEREBY

ORDERED, that Karalis PC is appointed as counsel to the Trustee. Compensation shall be allowed only after approval of an Application in procedural conformity with In Re Busy Beaver Building Centers, Inc., 19 F. 3d 833 (3rd Cir. 1994).

BY THE COURT:

Dated: _____          _____
                                DEREK J. BAKER,
                                U.S. BANKRUPTCY JUDGE