IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : CHAPTER 7 |
| | : |
| JAMES G. CONLIN | : BANKRUPTCY NO. 25-14530 (DJB) |
| | : |
| Debtor | : |
| | : |

## CERTIFICATION OF SERVICE

I, Robert W. Seitzer, Esquire, certify that on December 12, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Application of Lynn E. Feldman, Chapter 7 Trustee, to Employ Karalis PC as Counsel (the "Application") and

- Notice of Application and Response Deadline.

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

KARALIS PC

By: /s/ Robert W. Seitzer
ROBERT W. SEITZER

*Proposed Counsel to the Trustee*

Dated: December 12, 2025

Mailing List Exhibit attached hereto:

| | | |
|---|---|---|
| **VIA ECF TRANSMISSION** | John Schanne, Esquire<br>Office of the United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street, Suite 320<br>Philadelphia, PA 19107<br>*Trial Counsel to the U.S. Trustee* | Lynn E. Feldman, Trustee<br>2310 Walbert Ave., Suite 103<br>Allentown, PA 18104<br>*Chapter 7 Trustee* |

Edmond M. George, Esquire
Obermayer Rebmann Maxwell & Hippel, LLP
Centre Square West, 1500 Market Street, Suite 3400
Philadelphia, PA 19102
*Attorneys for the Debtor*