**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  JAMES G CONLIN | : | |
| | : | Chapter 7 |
| Debtor | : | Case No. 25-14530-DJB |

## NOTICE OF CHANGE FROM NO ASSET TO ASSET AND REQUEST TO THE CLERK TO FIX BAR DATE TO FILE CLAIMS AGAINST THE ESTATE

**LYNN E. FELDMAN, ESQUIRE**, the Trustee in the above-captioned matter, after due inquiry, having discovered assets hereby gives Notice that this is an Asset case. The Trustee also requests the Clerk to fix a bar to file claims against the estate.

Dated:  _12/15/2025_           BY:     */s/ Lynn E. Feldman*
                                        LYNN E. FELDMAN, ESQUIRE
                                        Chapter 7 Trustee
                                        I.D.# 35996
                                        FELDMAN LAW OFFICES, P.C.
                                        2310 Walbert Ave., Ste 103
                                        Allentown, PA 18104
                                        Telephone: (610) 530-9285
                                        Facsimile: (610) 437-7011
                                        trustee.feldman@rcn.com